## D. E. HARRIS v. STATE.
### No. 16789.

Court of Criminal Appeals of Texas.
March 28, 1934.

Lockhart & Brown, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of equipment for the manufacture of in-

toxicating liquor; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.